# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00694-CV

**D. O. and Ranch Good Days, Inc., Appellants**

**v.**

**Texas Department of Family and Protective Services, Appellee**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT
NO. D-1-GV-12-001570, HONORABLE GUS J. STRAUSS, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

The trial court signed its default judgment and injunction on July 8, 2013. No post-judgment motions were filed with the trial court. On October 22, appellants filed a notice of appeal, asserting that they had filed a motion for new trial and thus had ninety days to perfect their appeal.[1] *See* Tex. R. App. P. 26.1(a)(1). Appellee has since filed a motion to dismiss, noting that because the motion for new trial was never actually filed, the deadline for perfecting appeal actually ran on August 7. *See id.* R. 26.1. Appellants have not responded to the motion to dismiss, despite our request that they do so no later than June 26. We therefore dismiss the appeal for want of jurisdiction. *See id.* R. 42.3(a).

---

[1] Appellants apparently attempted to electronically file a motion for new trial, but the motion was never sent to or received by the trial court.

_____

David Puryear, Justice

Before Justices Puryear, Goodwin, and Field

Dismissed for Want of Jurisdiction

Filed:   July 11, 2014

2